ORIGINAL

PABLO P. QUIBAN
Attorney at Law, LLC

Pablo P. Quiban    #5099
707 Richards Street, Suite 710
Honolulu, Hawaii  96813
Telephone: (808) 528-3955
Facsimile: (808)523-9476
Email: ppq-esq@hawaii.rr.com

Attorney for Plaintiffs
HAWAII LABORERS' TRUST FUNDS

LODGED

DEC 05 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 11 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS, (*Hawaii Laborers' Health & Welfare Trust Funds* by its trustees Harry Ushijima, Albert Hamamoto, Rocco Davis, Kenneth Casarez, Daniel Nakamura, Robert Trenkle, Walter Arakaki, , Anacleto Alcantra, etc., et al.,)<br><br>                    Plaintiffs,<br><br>          vs.<br><br>J.B. WILSON, INC., a Hawaii corporation, JERRY B. WILSON,<br><br>                    Defendants. | ) CIVIL NO.  08-00125  HG BMK<br>)<br>) FINDINGS  OF  FACT  AND<br>) R E C O M M E N D A T I O N  F O R<br>) DISPOSITION  RE:  PLAINTIFFS'<br>) MOTION  FOR  ENTRY  OF<br>) DEFAULT JUDGMENT AGAINST<br>) DEFENDANTS<br>)<br>)<br>)<br>)<br>)<br>)<br>) DATE: October 14, 2008<br>) TIME: 2:30 p.m.<br>) JUDGE: BARRY M. KURREN<br>)<br>) |

FINDINGS OF FACT AND RECOMMENDATION FOR
DISPOSITION RE: PLAINTIFFS' MOTION FOR ENTRY OF
<u>DEFAULT JUDGMENT AGAINST DEFENDANTS</u>

Plaintiffs HAWAII LABORERS' TRUST FUNDS' ("Plaintiffs") Motion

for Entry of Default Judgment Against Defendants J.B. WILSON, INC., and JERRY

B. WILSON ("Defendants"), having come for hearing before the Honorable Barry M.

Kurren, Magistrate Judge on October 14, 2008, at 2:30 p.m. , with Pablo P. Quiban,

Esq. appearing for Plaintiffs, no one appearing on behalf of Defendants; and the

Court having read the memoranda, declarations, affidavits and exhibits in support

and in opposition thereto, having considered the evidence presented, and having

heard oral arguments, and being fully advised in the premises and good cause

appearing therefor, it is RECOMMENDED that Plaintiffs' Motion for Entry of

Default Judgment Against Defendants be GRANTED.

The court bases its recommendation upon the following findings:

<u>FINDINGS OF FACT</u>

1.     Defendants are registered to do business in the State of Hawaii

with its principal place of business in the City and County of Honolulu, State of

Hawaii.

2.     Defendants entered into a collective bargaining agreement with

the Laborers' International Union of North America, Local 368, AFL-CIO ("Union")

on December 8, 2006 which was acknowledged by the Certification of Receipt and

Acceptance, signed by Defendant Wilson, which agreements by their terms

incorporated the Master Agreement Covering Construction Laborers in the State of

Hawaii ("CBA"); copies of both documents were attached to the Complaint filed

herein.

3.      That under the CBA, Defendants promised to contribute and pay

employee benefit contributions once per month to Plaintiffs for each hour of work

performed by Defendants' employees for work covered by the CBA, which

contributions are to be paid to Plaintiffs on or before the 20th day of each month for

hours worked the prior month.

4.      That under the CBA, Defendants agreed that in the event monthly

trust fund contributions were not paid when due, Defendants would pay the sum of

$20.00 or 20%, whichever was greater, of the amount of the trust contributions owed

to each Trust Fund for each delinquency, as and for liquidated damages and not as

penalty.

5.      That under the CBA, Defendants agreed to submit its monthly

payroll reports and to provide Plaintiffs with all the information necessary to carry

out the purposes of the various trust funds, and to pay interest at the rate of 12% per

annum on unpaid balances owed.

6.      For the period from April 2007 to June 2007, Defendants under-
reported hours worked by employees who were covered by the CBA which resulted
in unpaid contributions of THIRTEEN THOUSAND ONE HUNDRED NINETY
FIVE  and 19/100 DOLLARS ($13,195.19) and liquidated damages of TWO
THOUSAND SIX HUNDRED FOURTEEN and 83/100 ($2,614.83) for a total owed
of FIFTEEN THOUSAND EIGHT HUNDRED TEN and 02/100 ($15,810.02)
however due to payments made by Defendants, the total amount owing was paid off
in May 2008.

8.      That after the Defendants made the payment on the contributions
and liquidated damages, Defendants refused and did not pay the interest owed of
ONE THOUSAND THREE HUNDRED NINETEEN and 50/100 ($1,319.50) which
interest was determined by monthly payroll report transmittals submitted by
Defendant to the trust fund administrator's office, as noted in the *Declaration of
Tracy Masuda*, which Declaration was filed herein on August 27, 2008.

9.      The Defendants were served with a copy of the Complaint;
Summons in this case by personal delivery on April 5, 2008, as noted in the Return
of Service filed herein on April 7, 2008.

9.      That due to Defendants' failure to file an Answer or respond to

the Complaint, a *Request For Entry of Default* was filed herein on August 13, 2008.

10.     Plaintiffs then filed its *Motion For Entry of Default Judgment Against Defendants*, on August 27, 2008, which was heard on October 14, 2008.

11.     That at this time, the total amount owing by Defendants, which does not include attorney's fees and costs is ONE THOUSAND THREE HUNDRED NINETEEN and 50/100 ($1,319.50).

12.     That Plaintiffs are entitled to reasonable attorney's fees and costs pursuant to Section 14, II, 4(a)(5), p. 20 of the CBA and pursuant to the Employees Retirement Income Security Act, 29, U.S.C. Section 1132(g)(2), and as supported by the Declaration of Counsel and Bill of Costs submitted concurrently herewith.

## RECOMMENDATION

Pursuant to the foregoing findings of fact, it is RECOMMENDED that:

A.     Plaintiffs' Motion for Entry of Default Judgment be GRANTED and that judgment be entered against Defendants for the sum of ONE THOUSAND THREE HUNDRED NINETEEN and 50/100 DOLLARS ($1,319.50) plus legal interest from the entry hereof until paid in full.

B.     Plaintiffs be awarded the amount of TWO THOUSAND ONE HUNDRED FORTY SIX and 00/100 ($2,146.00) for reasonable attorney's fees and ONE HUNDRED ONE and 07/100 ($101.07) for tax.

IT IS SO FOUND AND RECOMMENDED.

DATED:    Honolulu, Hawaii, ___12 . 9 . 2008___ .

_____

Judge of the Above-Entitled Court

*Hawaii Laborers' Trust Funds vs. J.B. Wilson, Inc.,* Civil No. 08-00125 HG BMK; Findings of Fact and Conclusions of Law Re: Plaintiff's Motion for Entry of Default Judgment Against Defendants

6