IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Hawaii Laborers' Trust Funds, | ) | 1:08-CV-00125-HG-BMK |
| Plaintiff, | ) | |
| vs. | ) | |
| J.B. Wilson, Inc., a Hawaii corporation, Jerry B. Wilson, | ) | |
| Defendants. | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 11, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.
DATED: Honolulu, Hawaii, December 31, 2008.



　　　　　　　　　　　　　/s/ Helen Gillmor
　　　　　　　　　　　　Chief United States District Judge